**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NHUAN NGUYEN LAM, | Case No.: 2:25-cv-02565-APG-DJA |
| Petitioner | **Order Denying Petition for Writ of Habeas Corpus as Moot** |
| v. | [ECF No. 1-1] |
| JOHN MATTOS, et al., | |
| Respondents | |

In light of the government's notice that petitioner Nhuan Nguyen Lam has been removed from the United States (ECF No. 9), and the petitioner's counsel's response requesting that I deny the petition as moot (ECF No. 10),

I ORDER that petitioner Nhuan Nguyen Lam's petition for writ of habeas corpus (ECF No. 1-1) is DENIED as moot. The clerk of court is instructed to close this case.

DATED this 21st day of January, 2026.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE